IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEAN HARRIS,

          Plaintiff,

   v.                                               CIVIL ACTION
                                                         NO. 14-4444

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

          Defendant.

**ORDER**

**AND NOW**, this 12th day of February, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review and Defendant's Response thereto and Plaintiff's Reply, as well as the record therein, and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell, and Plaintiff's objections thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review of the decision of the Commissioner of the Social Security Administration is **DENIED**; and

3. Judgment is entered in favor of Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security and against Plaintiff, Jean Harris; and

4. The Clerk of Courts shall close this matter.

                                                               **BY THE COURT:**

                                                               **/s/ Jeffrey L. Schmehl**
                                                               **Jeffrey L. Schmehl, J.**